UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-264-T-17AAS

CHRISTOPHER MCKINNEY

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's motion for a Preliminary Order of Forfeiture for the following assets:

    a.    The real property located at 10945 Calumet Drive, New Port Richey, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Tract 167:
Tract 167 of the unrecorded plat of BEAR CREEK ESTATES, UNIT THREE, lying in Sections 7 and 8, Township 25 South, Range 17 East, Pasco County, Florida and being more fully described as follows:

Commence at the Southwest corner of said Section 8; thence S. 89°28'57" E., along the South line of said Section 8, 1,000.00 feet; thence N. 0°54'13" E., 1,171.43 feet; thence S. 52°03'00" W., 593.30 feet; thence S. 60°52'38" W., 306.49 feet for a Point of Beginning; thence N. 20° 17'44" W., 25.0 feet; thence N. 28°57'00" W., 870.00 feet more or less to the center of thread of Bear Creek, said point being designated as Point "A"; thence return to the Point of Beginning; thence run 102.57 feet along the arc of a curve to the right, said curve having a radius of 998. 63 feet and a chord of 102.52 feet which bears S. 72°38'48" W.; thence N. 14°24'39" W., 25.0 feet; thence N. 25°57'00" W., 770. 00 feet more or less to the center of thread of Bear Creek;

thence along said center thread in a Northeasterly direction, 100.00 feet more or less to Point "A". The Southerly 25 feet thereof being reserved as road right-of-way for ingress and egress.

**AND**

Tract 168:
Tract 168 of the unrecorded Plat of BEAR CREEK ESTATES, UNIT THREE, lying in Sections 7 and 8, Township 25 South, Range 17 East, Pasco County, Florida, being more fully described as follows:

COMMENCE at the SW corner of said Section 8; thence run S. 89°28'57" E., along the South line of said Section 8, 1000.00 feet; thence N. 0°54'13" E., 1171.43 feet; thence S. 52°03'00" W., 593.30 feet; thence S. 63°49'11" W., 407.39 feet for a Point of Beginning; thence N. 14°24'39" W., 25.0 feet; thence N. 25°57'00" W., 770 feet, more or less to the center thread of Bear Creek, said point being designated as Point "A"; thence return to the P.O.B.: thence run 102.57 feet along the arc of a curve to the right, said curve having a radius of 998. 63 feet and a chord of 102. 52 feet which bears S. 78°31'53" W.; thence N. 8°31'34" W., 25.0 feet; thence N. 22° 57'00" W., 736 feet more or less to the center thread of Bear Creek; thence along said center thread in a Northeasterly direction 60 feet more or less to Point "A". The Southeasterly 25.0 feet thereof being reserved as road right-of-way for ingress and egress.

**AND**

Tract 169
Tract 169 of the unrecorded plat of BEAR CREEK ESTATES, UNIT THREE, lying in Sections 7 and 8, Township 25 South, Range 17 East, Pasco County, Florida; being more fully described as follows:
COMMENCE at the SE corner of said Section 7; thence

run N. 88°59'16" W., along the South line of said Section 7, 115.67 feet; thence N. 4°30'30" W., 575. 20 feet; thence N. 85°29'30" E., 144. 63 feet for a P.O.B.; thence continue N. 85°29'30" E., 31.73 feet; thence 70.03 feet along the arc of a curve to the left, said curve having a radius of 988.63 feet and a chord of 70.02 feet which bears N. 83°28'57" E.; thence N. 8°31'34" W., 25.0 feet; thence N. 22°57'00" W., 736 feet more or less to the center thread of Bear Creek, said Point being designated as Point "A"; thence return to the P.O.B.; thence run N. 4°30'30" W., 25.0 feet; thence N. 19°57'00" W., 516 feet more or less to the center thread of Bear Creek; thence along the center thread in a Northeasterly direction 180 feet more or less to Point "A". The Southerly 25 feet thereof being reserved as road right of way for ingress and egress.

**AND**

Tract 170
Tract 170 of the unrecorded plat of BEAR CREEK ESTATES, UNIT THREE, lying in Section 7, Township 25 South, Range 17 East, Pasco County, Florida, being more fully described as follows:

COMMENCE at the SE corner of said Section 7; thence run N. 88°59'16" W., along the South line of said Section 7, 115.67 feet; thence N. 4°30'30" W., 575.20 feet; thence N. 85°29'30" E., 44.63 feet for a P.O.B.: thence continue N. 85°29'30" E., 100 feet; thence N. 4°30'30" W., 25.0 feet; thence N. 19°57'00" W., 516 feet more or less to the center thread of Bear Creek, said Point being designated as Point "A" thence return to the P.O.B.; thence run N. 4°30'30" W., 25.0 feet; thence N. 17°49'30" W., 404 feet more or less to the center thread of Bear Creek; thence along said center thread in a Northeasterly direction, 130 feet more or less to Point "A". The Southerly 25 feet thereof being reserved as road right of way for ingress and egress.

**AND**

3

Tract 171:
Tract 171 of the unrecorded plat of BEAR CREEK ESTATES, UNIT THREE, lying in Section 7, Township 25 South, Range 17 East, Pasco County, Florida, being more fully described as follows:

COMMENCE at the Southeast corner of said Section 7, thence run N. 88°59'16" W., along the South line of said Section 7, 115.67 feet; thence N. 4°30'30" W., 575.20 feet for a Point of Beginning; thence run N. 85°29'30" E., 44.63; thence N. 4°30'30" W., 25.0 feet; thence N. 17°49'30" W., 404.0 feet to the center thread of Bear Creek, said point being designated as Point "A"; thence return to the Point of Beginning; thence run S. 85°29'30" W., 25.91 feet; thence 85.99 feet along the arc of a curve to the right, said curve having a radius of 376.14 feet and a chord of 85.81 feet which bears N. 87°57'33" W.; thence N. 17°49'30" W., 367.0 feet more or less to the center thread of Bear Creek; thence in a Northeasterly direction 140 feet more or less to Point "A". The Westerly 25 feet and the Southerly 25 feet thereof being reserved for road right-of-way.

Subject to easements, restrictions and reservations of record.

Subject to the taxes for the year 2017 and thereafter.

Property Identification Numbers:

07-25-17-0530-00000-1680, 08-25-17-0530-00000-1670 and 07-25-17-0530-00000-1710; and

b. The real property located at 8915 Candlewick Lane, Port Richey, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
Lot 2219, Embassy Hills Unit Fourteen, according to the plat thereof, as recorded in Plat Book 15, Pages

4

51 and 52 of the Public Records of Pasco County, Florida.

Parcel ID Number: 27-25-16-1040-00002-2190.

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above constitute or were purchased with proceeds from the drug conspiracy, for which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

CASE NO. 8:18-CR-264-T-17AAS

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 30th day of MAY, 2019.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record